UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA PURSUANT TO 18 U.S.C. 3512 FOR 2703(d) ORDER FOR ONE INTERNET PROTOCOL ADDRESS SERVICED BY COMCAST COMMUNICATIONS LLC | ML No. ___22-ml-1318_____ |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), and the Instrument as contemplated by Article 3(2) of the Agreement on Mutual Legal Assistance Between the United States of America and the European Union signed 25 June 2003, as to the application of the Treaty Between the Government of the United States of America and the Government of the Republic of Cyprus on Mutual Legal Assistance in Criminal Matters signed 20 December 1999, Cyprus-U.S., Jan. 20, 2006, S. TREATY DOC. NO. 109-13 (2006), requesting that the Court issue an Order requiring Comcast Communications LLC ("PROVIDER"), an electronic communication service and/or a remote computing service provider located in Mount Laurel, New Jersey, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), that PROVIDER shall, within ten days of receipt of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

_____                                    _____
Date                                                        Robert B. Collings
                                                            United States Magistrate Judge

# ATTACHMENT A

**I.     The Account**

The Order applies to certain records and information relating to any customer or subscriber account ("Account") which was assigned to, connected with, or otherwise using the Internet Protocol ("IP") address **71.233.121.155 as it was assigned on September 21, 2021 at 21:40:11 (UTC +0200)** and any preserved data and/or preservation numbers associated therewith.

**II.    Records and other information to be disclosed**

**A. Information about the customer or subscriber of the Account**

For each Account that meets the definition in Part I of this Attachment A, Comcast Communications LLC ("PROVIDER") is required to disclose to the United States the following records and other information, if available, constituting information about the customer or subscriber of the Account:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records;

4. Records of session times and durations, and the temporarily assigned network addresses (such as IP addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses);

7. Other subscriber numbers or identities (including the registration IP address), including any current or past accounts linked to the Account by telephone number, recovery or alternate e-mail address, IP address, or other unique device or user identifier; and

2

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

Case 1:22-ml-01318-RBC   Document 2   Filed 12/09/22   Page 4 of 4

2